CDF LABOR LAW LLP
    Dawn M. Irizarry, State Bar No. 223303
    dirizarry@cdflaborlaw.com
    Nicole A. Legrottaglie, State Bar No. 271416
    nlegrottaglie@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
Delta Air Lines, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SPEED, | Case No. 2:24-cv-8687 TJH (MARx) |
| Plaintiff, | (Removed From Los Angeles Superior Court Case No. 24TRCV02879) |
| vs. | |
| DELTA AIR LINES, INC., a Delaware Corporation; and DOES 1 through 50 Inclusive, | Assigned for All Purposes To: Judge: Hon. Terry J. Hatter Jr. Ctrm: 9C |
| Defendant. | **NOTICE OF MOTION AND DEFENDANT DELTA AIR LINES INC.'S MOTION FOR RULE 11 SANCTIONS** |
| | Date: June 2, 2025 Time: No Appearance Necessary Ctrm: 9C |

**TO PLAINTIFF CYNTHIA SPEED AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 2, 2025, or as soon thereafter as this matter may be heard in Courtroom 9C of the above-entitled Court located at 350 W. 1st Street, 9th Floor, Los Angeles, CA 90012, Defendant DELTA AIR LINES, INC. ("Delta" or "Defendant"), by and through its attorneys of record, will and hereby submits this Motion for Sanctions against Plaintiff CYNTHIA SPEED ("Plaintiff") and Plaintiff's Counsel pursuant to FRCP Rule 11(b).

This Motion is based on the grounds that the arguments raised in Plaintiff's Motion to Remand are frivolous and unsupported by case law regarding diversity jurisdiction under 28 U.S.C. § 1332(a). Sanctions are warranted because Plaintiff had no legal basis for seeking remand. As a result, the Court should sanction Plaintiff and her counsel in a manner that will deter from future violations of Rule 11.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Nicole A. Legrottaglie, and exhibits thereto, all pleadings and papers filed herein, records of the Court, matters upon which the Court may or shall take judicial notice, and upon such oral and documentary evidence that may be properly presented by the parties at the hearing on this Motion.

Dated:  April 29, 2025          CDF LABOR LAW LLP


                                By: _____
                                        Nicole A. Legrottaglie
                                Attorneys for Defendant
                                Delta Air Lines, Inc.

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On April 29, 2025, I served upon the interested party(ies) in this action the following document described as: **NOTICE OF MOTION AND DEFENDANT DELTA AIR LINES INC.'S MOTION FOR RULE 11 SANCTIONS**

By the following method:

Phillip P. DeLuca, Esq.
LAW OFFICES OF PHILLIP P. DeLUCA
5820 E. Naples Plaza,
Belmont Shore, CA 90803
Tel: (562) 987-1300

E-MAIL: philippdeluca@gmail.com;
cc: jrs@philipdeluca.com; dbd@philipdeluca.com;
grl@philipdeluca.com

For processing by the following method:

[X]  **(via FRCP)** Pursuant to FRCP Rule 5(b)(2)(E), I caused the documents to be sent to the persons at the electronic service addresses listed above pursuant to the parties' agreement to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2025, at Irvine, California.

_____                    _____
      Ana Cantoran
   (Type or print name)                              (Signature)

NTC OF MTN AND DEFENDANT DELTA AIR LINES INC.'S MTN FOR RULE 11 SANCTIONS

CDF Labor Law LLP

4917-5574-3548.1